UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NHELTA KAYREN

      Plaintiff,

V.                                             CIVIL ACTION NO
                                                   8:11-cv-01746-JFM

GLOBAL CREDIT NETWORK, L.L.C

Defendant.                                        OCTOBER 26, 2012

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                      THE PLAINTIFF

                                                      BY<u>/S/Bernard T. Kennedy</u>
                                                      Bernard T. Kennedy, Esquire
                                                      The Kennedy Law Firm
                                                      P.O. Box 657
                                                      Edgewater, MD 21037
                                                      Ph   (443) 607-8901
                                                      Fax (443) 607-8903
                                                      Fed. Bar # Md26843
                                                      bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 10/26/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy